UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

COFFEE AMERICA (USA) CORP.,

                    Plaintiff,

          -against-                              **RULE 7.1 STATEMENT**

MSC "POH LIN", her engines, boilers, etc.,       07 CIV  8602      JUDGE HOLWELL

          -and against-

MEDITERRANEAN SHIPPING COMPANY S.A.,

                    Defendant.

--------------------------------------------------------------X

     Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                        NONE

Dated: New York, New York
          October 3, 2007

                                        William R. Connor III (WC 4631)