```
                                    ABC PROCESS SERVICE, INC.
                                    Attorney:
                                    MCDERMOTT & RADZIK, LLP
                                    Index No. 8602/07
                                    Date Filed  / /
                                    Office No. DM07GM07-3596
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

COFEE AMERICA (USA) CORP.
                                        (PLAINTIFF)

                against

                                        (DEFENDANT)
MSC "POH LIN", HER ENGINES, BOILERS, ETC. AND
MEDITERRANEAN SHIPPING COMPANY S.A.
_____

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 17      day of October       2007 at 12:25 PM , at

420 FIFTH AVE;NEW YORK, NY 10018
he served the annexed  SUMMONS IN A CIVIL CASE AND VERIFIED COMPLAINT upon
MEDITERRANEAN SHIPPING COMPANY S.A. C/O MEDITERREAN SHIPPING COMP in this
action, by delivering to and leaving with said MS. LYDIA TUVE, MANAGING AGENT a
true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex FEMALE, Color WHITE,  Hair BLOND, app.age 38 YRS, app.ht 5'9", app.wt
125 LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL CASE AND
VERIFIED COMPLAINT.

SWORN to before me this 18
day of October  2007

                                    _____
                                    SCHADRAC LAGUERRE
JAY BRODSKY                         License No:    1021952     :bb
Notary Public, State of New York
No. 31-4689271
Qualified in New York County
Commission Expires Feb 2, 2011