UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COFFEE AMERICA (USA) CORP.,

                Plaintiff,

    -against-

MSC "POH LIN", her engines, boilers, etc.,

    -and-

MEDITERRANEAN SHIPPING COMPANY, S.A.,

                Defendant.

------------------------------------------------------------X

**VOLUNTARY DISMISSAL**

07 CIV 8602 (RJH)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/12/07

RECEIVED DEC 10 2007 CHAMBERS OF RICHARD J. HOLWELL

The above-entitled action having been settled in the amount of $15,000.00 and their having been no appearance on behalf of defendant, NOW

On the annexed consent and on motion of McDERMOTT & RADZIK, LLP., attorneys for plaintiff, it is Stipulated,

That this action be and the same is hereby voluntarily discontinued, with prejudice without costs to any party as against any other party, without prejudice to reopen if funds are not received within 60 days from the date of this Order and pursuant to F.R.C.P. 41(a)(1).

Dated: New York, New York
         December 6, 2007

                              SO ORDERED:

                              _____
                              U.S.D.J.

## CONSENT:

Consent is hereby given to the entry of the foregoing Order.

Dated: New York, New York
       December 6, 2007

                                    McDERMOTT & RADZIK, LLP
                                    Attorneys for Plaintiff

                              By:   _____
                                    William R. Connor III (WC-4631)
                                    Wall Street Plaza
                                    88 Pine Street
                                    New York, New York  10005
                                    212-376-6400